UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PEOPLE, TECHNOLOGY AND
PROCESSES, LLC,
     Plaintiff,                                                Case No: 8:14-cv-1356-T-30EAJ

v.

SCIENCE APPLICATIONS
INTERNATIONAL CORPORATION and
LEIDOS, INC.,
     Defendants.
_____/

## NOTICE IN COMPLIANCE WITH ORDER DATED SEPTEMBER 2, 2014

Plaintiff, People, Technology, and Processes, LLC, files this Notice in compliance with this Court's Order dated September 2, 2014 (Dkt. 28). Plaintiff states that People, Technology, and Processes, LLC is a Florida limited liability company with its principal place of business in Lakeland, Florida. People, Technology, and Processes, LLC has two (2) members:

1. Victor Buonamia is the managing member of People, Technology, and Processes, LLC. Victor Buonamia, an individual, is a citizen of the State of Florida; and,

2. Nicole Buonamia is a member of People, Technology, and Processes, LLC. Nicole Buonamia, an individual, is a citizen of the State of Florida.

Therefore, the plaintiff, People, Technology, and Processes, LLC, is a citizen of the State of Florida under 28 U.S.C. § 1332. *Mallory & Evans Contractors & Eng'rs, LLC v. Tuskegee Univ.*, 663 F. 3d 1304, 1305 (11th Cir. 2011). As alleged in the Complaint, defendant Science Applications International Corporation, is a corporation incorporated in the State of Delaware, with its principal place of business in McLean, Virginia. Defendant, Leidos, Inc., is a

corporation incorporated in the State of Delaware, with its principal place of business in Reston, Virginia.

Accordingly, this is an action between citizens of different states where the amount of controversy exceeds $75,000.  This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332.

>Respectfully submitted,
>
>BARNETT, BOLT, KIRKWOOD
>LONG & MCBRIDE
>
>/s/ Charles A. Carlson
>Charles A. Carlson, Esq. / Florida Bar # 716286
>Michael V. Hargett, Esq. / Florida Bar # 44097
>601 Bayshore, Boulevard, Suite 700
>Tampa, Florida 33606
>813-253-2020 / 813-251-6711 – Facsimile
>ccarlson@barnettbolt.com
>mhargett@barnettbolt.com
>
>*Attorneys for People, Technology and Processes, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of September, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

>/s/ Charles A. Carlson
>Attorney

#782021