**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PEOPLE, TECHNOLOGY AND
PROCESSES, LLC,
      Plaintiff,                                       Case No: 8:14-cv-01356-JSM-EAJ

v.

SCIENCE APPLICATIONS
INTERNATIONAL CORPORATION and
LEIDOS, INC.,
      Defendants.
_____/

## PLAINTIFF, PEOPLE, TECHNOLOGY AND PROCESSES, LLC'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, plaintiff, People, Technology and Processes, LLC ("PTP"), notifies the Court that the parties have reached a settlement of all claims between them. Pending final preparation and execution of settlement documents, PTP requests an order dismissing this action subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

                                                  Respectfully submitted,

                                                  BARNETT, BOLT, KIRKWOOD
                                                  LONG & KOCHE, P.A.

                                                  /s/Charles A. Carlson
                                                  Charles A. Carlson, Esq. / Florida Bar # 716286
                                                  Michael V. Hargett, Esq. / Florida Bar # 44097
                                                  601 Bayshore, Boulevard, Suite 700
                                                  Tampa, Florida 33606
                                                  813-253-2020 / 813-251-6711 – Facsimile
                                                  ccarlson@barnettbolt.com
                                                  mhargett@barnettbolt.com

*Attorneys for People, Technology and Processes, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of April, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                          /s/Charles A. Carlson
                                                Attorney

# 932413