UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:14-CV-01356-JSM-EAJ

PEOPLE, TECHNOLOGY AND
PROCESSES, LLC,

    Plaintiff,

v.

SCIENCE APPLICATIONS
INTERNATIONAL CORPORATION
and LEIDOS, INC.,

    Defendants.
_____/

This motion/petition/stipulation has been duly considered and is hereby GRANTED, this 11 day of MAY, 2016.

_____
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff People, Technology & Processes, LLC ("PTP") and Defendants Science Applications International Corporation and Leidos, Inc. (collectively "SAIC"), pursuant to Fed. R. Civ. P. 41 do hereby file their Stipulation For Voluntary Dismissal With Prejudice:

1.     PTP and SAIC have settled this action pursuant to a settlement agreement.

2.     The settlement agreement has been signed by individuals with binding authority.

3.     PTP and SAIC hereby stipulate to the voluntary dismissal of this action with prejudice as to all claims, with each of the parties to the action to bear its own attorneys' fees and costs.

1